IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ANDREA BARNETT, #205748, | ) |
| | ) |
| Petitioner, | ) |
| v. | )  CASE NO. 2:04-cv-884-MEF |
| | ) |
| ARNOLD HOLT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #13) filed on May 3, 2006 are OVERRULED;

(2)  The Recommendation of the United States Magistrate Judge entered on April 26, 2006 (Doc. #12) is ADOPTED;

(3)  The petitioner's petition for habeas relief is DENIED

DONE this 26th day of May, 2006.

                                                 /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE